UNDER SEAL

# United States District Court
# Central District of California

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>GOOD EBUSINESS, LLC, dba AAP FIRM; STUDENT LOAN HELP DIRECT; SELECT STUDENT LOAN HELP; SELECT STUDENT LOAN HELP, LLC; SELECT DOCUMENT PREPARATION, INC.; TOBIAS WEST; and KOMAL WEST,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-1048-ODW(JPR)<br><br>**ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

　　In light of this Court's order Granting Plaintiff's ex parte application for a Temporary Restraining Order (ECF No. 12), the Court hereby sets an **Order to Show Cause** regarding why a preliminary injunction should not be entered for the duration of this litigation on **Tuesday, March 1, 2016 at 10 a.m.** in Courtroom 11, United States Courthouse, 312 N. Spring Street, Los Angeles, California 90012.  Defendants may file a written response to Plaintiff's ex parte application on or before February

29, 2016 at 10:00a.m. All parties must appear for the hearing.

This temporary restraining order shall expire on March 1, 2016 at 11:00a.m., unless the Court orders an extension of its terms and/or converts the TRO into a preliminary injunction.

**IT IS SO ORDERED.**

February 18, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**