JONATHAN E. NUECHTERLEIN
General Counsel
CHARLES A. HARWOOD
Regional Director
ELEANOR DURHAM MD Bar
Email: edurham@ftc.gov
Federal Trade Commission
915 2nd Ave., Suite 2896, Seattle, WA 98174
(206) 220-4476 (Durham)
(206) 220-6366 (fax)
STACY PROCTER, CA Bar # 221078
Email: sprocter@ftc.gov
10877 Wilshire Blvd., Suite 700, Los Angeles, CA 90024
(310) 824-4343 (Procter); (310) 824-4330 (fax)
Attorneys for Plaintiff Federal Trade Commission

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | No. LACV-16-1048 (ODW) JPRx |
| Plaintiff, | ~~(Proposed)~~ **AMENDMENT TO PRELIMINARY INJUNCTION AS TO DEFENDANTS TOBIAS WEST AND KOMAL WEST** |
| vs. | |
| **GOOD EBUSINESS, LLC**, also d/b/a AAP Firm; Student Loan Help Direct; Select Student Loan; **SELECT STUDENT LOAN HELP, LLC; SELECT DOCUMENT PREPARATION, INC.; TOBIAS WEST** aka Tobey West, Toby West, and Eric West; and **KOMAL WEST**, | |
| Defendants. | |

1

This Court entered a Preliminary Injunction with an Asset Freeze and Other Equitable Relief against Defendants Tobias West and Komal West on February 29, 2016. Plaintiff FTC and Defendants Tobias West and Komal West have stipulated to the entry of an amendment to Paragraph IX of the Preliminary Injunction.

## I.

**IT IS THEREFORE ORDERED** that Citibank account *2587 in the names of Tobias West and Komal West is unfrozen. Defendants Tobias West and Komal West may have access to the funds in this account and may deposit income earned since the TRO was entered that is not related to the conduct alleged in the Complaint. They may disburse funds from this account, provided that, they provide the FTC with monthly bank statements and, upon request by the FTC, reports regarding the source of deposits.

## II.

**IT IS FURTHER ORDERED** that it shall not be a violation of Paragraph IX of the Preliminary Injunction for Defendants Tobias West or Komal West to incur charges on any credit card for reasonable and ordinary living expenses, provided that they provide the FTC with monthly credit card statements.

## III.

**IT IS FURTHER ORDERED** that it shall not be a violation of Paragraph IX of the Preliminary Injunction for Defendants Tobias West or Komal West to obtain unsecured personal loans from a family member for reasonable and ordinary living expenses, provided that they deposit all loan proceeds first into the Citibank account referenced in Paragraph I before making any disbursements of the loan proceeds, and provide, upon request by the FTC, reports regarding the details and terms of any such loan.

**IV.**

**IT IS FURTHER ORDERED** that Bank of America shall open the safety deposit box in the name of Tobias West at the Marina Del Rey Banking Center and inventory the contents, if any, and submit said inventory to the FTC.

DATED: ____March 4_____, 2016

Hon. Otis D. Wright
UNITED STATES DISTRICT COURT